# IN THE SUPREME COURT OF ALABAMA



August 23, 2024

**SC-2023-0396**

Ex parte Morgan Stanford and Matthew Hogue. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Morgan Stanford and Matthew Hogue v. HCP Properties, LLC) (Jefferson Circuit Court: 22-901106).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** Shaw, J. -- Parker, C.J., and Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 17, 2024:

**PETITION DENIED.** Shaw, J. -- Parker, C.J., and Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**